United States Bankruptcy Court
Northern District of California

In re:                                                                          Case No. 23-41171-CN
Jeffrey Robert Vogt                                                             Chapter 13
Laura Eileen Vogt
      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0971-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 18, 2023 | Form ID: 13PP23 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey Robert Vogt, Laura Eileen Vogt, 848 Bates Ave, El Cerrito, CA 94530-2700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Michael J. Primus | on behalf of Debtor Jeffrey Robert Vogt mjp@michaelprimus.com LawOfficeofMichaelPrimus@jubileebk.net |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 3

Form 13PP23

UNITED STATES BANKRUPTCY COURT
California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Jeffrey Robert Vogt and Laura Eileen Vogt | Case No.: 23−41171 |
| *aka* Jeff Vogt *aka* Laura Vogt   Debtor(s) | Chapter: 13 |

ORDER RE: CHAPTER 13 PLAN PAYMENTS
AND ADEQUATE PROTECTION PAYMENTS

IT IS HEREBY ORDERED:

1. For Chapter 13 cases filed or converted to Chapter 13 on or after January 1, 2023, the initial plan payments by the debtor to the trustee is due 30 days after the petition or conversion date. After the initial plan payment to the trustee, regular plan payments must be received by the trustee not later than the 20th day of each month.

2. Beginning the calendar month following the filing of the petition, the adequate protection payments required by 11 U.S.C. § 1326(a)(1)(C) and the proposed plan shall be paid by the trustee, not the debtor, to the creditor. Adequate protection payments will be paid once the claim holder has filed a proof of claim.

3. If an ongoing mortgage/contract installment payment on a claim classified in Class 1 first falls due after the petition is filed and during the first calendar month of the case, the debtor shall make that installment payment directly to the Class 1 claim holder.

4. On appropriate motion, and after notice and a hearing, this order may be modified by the court.

Clerk, U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

Dated: 9/16/23

By the Court:

Charles Novack
United States Bankruptcy Judge

Revised January 1, 2023